removal must be filed within 30 days from the effective date of retirement. *See* 5 C.F.R. § 1201.22(b). The Board observed that this allegation was over three years late, and declined to excuse the delay on Mr. Brown's argument that he had during this period been seeking relief in Congress and in other courts and agencies. We agree with the Board's determination that he has not shown good cause for his late filing. The decision of the Board dismissing his constructive removal complaint is affirmed.

**Terry O. PUCKETT, Petitioner,**

v.

**TENNESSEE VALLEY AUTHORITY, Respondent.**

No. 03–3066.

United States Court of Appeals, Federal Circuit.

March 25, 2003.

ORDER

Petitioner having paid the required filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RE-CALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.

**Wilma E. SANDERS, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

No. 03–3108.

United States Court of Appeals, Federal Circuit.

March 25, 2003.

ORDER

Petitioner having paid the required filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RE-CALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.